Board of Education of Community Consolidated School District No. 110, St. Clair County, Illinois, Plaintiff-Appellee, v. S. T. Pabst, Doing Business as S. T. Pabst and Associates, Defendant-Appellant, Cardinal Construction Company, Defendant.

Term No. 55–O–5. (Abstract of Decision.)

Fourth District.

February 1, 1956.

Rehearing denied February 28, 1956.

Released for publication March 26, 1956.

Melvin W. Trotier, for defendant-appellant; Listeman and Bandy, for plaintiff-appellee. Opinion by JUSTICE CULBERTSON. Not to be published in full.